**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALFRIEDA SHEPARD, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-08288 |
| v. | ) ) | Honorable Jorge L. Alonso |
| BMO HARRIS BANK, N.A., and KFORCE FLEXIBLE SOLUTIONS, LLC, | ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

**THE PARTIES' JOINT MOTION FOR FINAL APPROVAL**
**OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiff, Alfrieda Shepard, individually and on behalf of all others similarly situated, and Defendants BMO Harris Bank, N.A. and Kforce Flexible Solutions, LLC (collectively, the "Parties"), by their respective attorneys, respectfully move for the entry of an Order granting final approval of the Parties' Settlement Agreement and Release (the "Settlement Agreement"). In support of their motion, the Parties submit a supporting Memorandum of Law, the Declarations of Class Counsel, and the Declaration of Kelly Kratz as authorized agent of the Claims Administrator, and state as follows:

1.     On October 24, 2017, this Court granted preliminary approval of the settlement of Plaintiff's class action claims (the "Settlement"). (ECF No. 73).

2.     Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 652 (7th Cir. 2005).

3.     The Settlement in this case was achieved in good faith and through arms-length negotiations, and is not the product of fraud or collusion.

4.      The Settlement offers substantial monetary relief to the Class Members.

5.      The Settlement is overwhelmingly supported by Class Members.  Only one of the 331 Class Members submitted a request for exclusion, and <u>none</u> objected to the Settlement.  These facts show strong support for the Settlement.  If the Court grants final approval, the 330 Class Members who are participating in the Settlement will receive their respective portion of the $398,718.00 net fund to be paid them.

6.      The Parties have provided the Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize their due process rights.

7.      Additionally, experienced Class Counsel have extensively analyzed the claims and issues herein, and certify that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class Members.  Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of the Class Members, approve Class Counsel's request for an award of attorneys' fees and costs,[1] approve the Service Award to the Class Representative, approve the payment of reasonable settlement administration costs, and enter the Parties' proposed final approval order dismissing this action and barring any further released claims, as the Settlement Agreement defines that term, by class members who worked for Defendants in Illinois and who did not opt-out of the Settlement.

WHEREFORE, the Parties respectfully request that this Honorable Court enter the proposed Final Approval and Dismissal Order, attached as Exhibit 1 to Plaintiff's Memorandum of Law.

Date: February 11, 2018

---

[1] Defendants do not join in, but do not object to, Class Counsel's requests for attorneys' fees and a Service Award to the Class Representative.

Respectfully submitted,

ALFRIEDA SHEPARD                     BMO HARRIS BANK, N.A.


By: /s/ Thomas M. Ryan              By: /s/ Daniel J. Fazio
     One of Her Attorneys               One of Its Attorneys

Thomas Michael Ryan               Shane W. Blackstone
LAW OFFICE OF THOMAS M. RYAN, P.C.   Daniel J. Fazio
35 East Wacker Drive, Suite 650        Benjamin M. Ostrander
Chicago, Illinois 60601             Kara E. Cooper
tom@tomryanlaw.com              WINSTON & STRAWN LLP
                            35 West Wacker Drive
James X. Bormes                  Chicago, Illinois 60601
Catherine P. Sons               sblackstone@winston.com
LAW OFFICE OF JAMES X. BORMES, P.C.  dfazio@winston.com
8 South Michigan Avenue          bostrander@winston.com
Suite 2600                    kecooper@winston.com
Chicago, Illinois 60603
bormeslaw@sbcglobal.net
cpsons@bormeslaw.com


KFORCE FLEXIBLE SOLUTIONS, LLC

By: /s/ Michael D. Ray
     One of Its Attorneys

Michael H. Cramer
Michael D. Ray
Colleen G. DeRosa
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
michael.cramer@ogletreedeakins.com
michael.ray@ogletreedeakins.com
colleen.derosa@ogletreedeakins.com